**No. 63166.**—Schenley Import Corp. *v.* United States, protests 25142–K, etc. (New York).

Opinion by RICHARDSON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved

in *United States* v. *R. O. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.